**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: David M. Schulze            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 26-10154 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Weichert Financial Services and index same on the master mailing list.

                                           Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
22 Jan 2026, 12:28:11, EST

                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 627-1322