**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

| | |
|---|---|
| IN RE: | : BR NO. 26-10154 |
| DAVID SCHULZE | : |
| Debtor. | : Chapter 13 |

**CERTIFICATE OF SERVICE**

I, Timothy Zearfoss, Esquire, hereby certify under penalty of perjury that on January 22, 2026, I did cause a true and correct copy of the document described below to be served on the parties listed on the below mailing list either via the CM/ECF system to all parties registered to receive electronic notice via the CM/ECF system and to all others by e-mail or US First Class mail as indicated below:

Document: Initial Chapter 13 Plan

Date: 1/23/26                          /s/Timothy Zearfoss, Esq.
                                       Timothy Zearfoss, Esq

**VIA EMAIL:**
David Schulze, Debtor
105 Gloucester Court
Downingtown, PA 19335
**VIA CM/ECF SYSTEM:**
Scott Waterman, Chapter 13 Trustee
2901 St. Lawrence Ave., Ste.100
Reading, PA 19606

Office of the U.S. Trustee
Robert N.C. Nix Federal Bldg., Ste. 320
Phila. PA 19107

KML Law Group
701 Market St., Ste. 5000
Phila. PA 19106
**VIA FIRST CLASS US MAIL:**
USAA FSB, c/o Robertson, Anschutz, Schneider & Crane
13010 Morris Rd., Ste. 400
Alpharetta, GA 30004