**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
DAVID SCHULZE        : **CHAPTER 13**
       :
       : **CASE NO. 26-10154**

     Debtor

**CERTIFICATION OF NO PAYMENT ADVICES**
**PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)**

I, David Schulze, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

____ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

____ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

____ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

____ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

x I did not receive payment advices due to factors other than those listed above. (Please explain) (Unemployed)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date: February 5, 2026            /s/David Schulze_____
                                Debtor