United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                      Case No. 26-10154-amc

David M. Schulze                                            Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                    Page 1 of 2

Date Rcvd: May 21, 2026                 Form ID: pdf900                 Total Noticed: 12

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David M. Schulze, 105 Gloucester Court, Downingtown, PA 19335-1120 |
| 15092913 | + | MORTGAGE ACCESS CORP d/b/a WEICHERT F.S., 1 CORPORATE DRIVE, STE. 360, Lake Zurich, IL 60047-8945 |
| 15096084 | + | Weichert Financial Services, c/o Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 22 2026 02:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 22 2026 02:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15104879 | | Email/PDF: bncnotices@becket-lee.com | May 22 2026 02:26:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15109097 | | Email/Text: BKCourtNotices@yourmortgageonline.com | May 22 2026 02:22:00 | Weichert Financial Services, Attention Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 15092912 | ^ | MEBN | May 22 2026 02:17:42 | KML LAW GROUP P.C., 701 MARKET ST, STE 5000, Philadelphia, PA 19106-1541 |
| 15113927 | | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2026 02:26:36 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15116145 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 22 2026 02:26:56 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 15092914 | + | Email/Text: RASEBN@raslg.com | May 22 2026 02:22:00 | USAA F.S.B., c/o ROBERTSON, ANSCHUTZ,SCHNEID & CRANE, 13010 MORRIS RD, STE 400, Alpharetta, GA 30004-5094 |
| 15095830 | ^ | MEBN | May 22 2026 02:17:41 | Weichert Financial Services, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-2                                       User: admin                                    Page 2 of 2

Date Rcvd: May 21, 2026                                  Form ID: pdf900                              Total Noticed: 12

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| MAGGIE S SOBOLESKI | on behalf of Creditor WEICHERT FINANCIAL SERVICES msoboleski@kmllawgroup.com  3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor WEICHERT FINANCIAL SERVICES bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| TIMOTHY ZEARFOSS | on behalf of Debtor David M. Schulze tzearfoss@aol.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                Chapter 13
        David M. Schulze
                                                      Bankruptcy No. 26-10154-AMC

                    Debtor

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby
TERMINATED and the employer shall cease wage withholding immediately.

**Date: May 20, 2026**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE